# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CORAZON FAJOTA, *et al.*, | |
| Plaintiffs, | Case No. 2:12-CV-00709-KJD-PAL |
| v. | **ORDER** |
| WORLD SAVINGS BANK, FSB, *et al.*, | |
| Defendants. | |

Before the Court is the Motion to Dismiss filed by Defendant World Savings Bank (#6). No opposition has been filed.

Local Rule 7-2 provides that failure to file points and authorities in response to a motion constitutes consent to the granting of the motion. Plaintiff's opposition was due on September 28, 2012. Plaintiff has failed to file any opposition. The Court has reviewed Defendant World Savings Bank's Motion to Dismiss and finds that it has merit.

Plaintiff was given Notice (#5) on August 30, 2012 that failure to serve the remaining defendants would result in dismissal pursuant to Federal Rule of Civil Procedure 4(m).

Accordingly, **IT IS HEREBY ORDERED** that Defendant World Savings Bank's Motion to Dismiss (#6) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant World Savings Bank is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remaining defendants are **DISMISSED** pursuant to Rule 4(m).

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

DATED this 3rd day of October 2012.

_____
Kent J. Dawson
United States District Judge